United States District Court
Southern District of New York
------------------------------------------------------------X
Jorge Lopez

       Plaintiff

  -against-

Carlos Echebia, Bhard Ghandi, Moises
Mejia and M & M's Renovations, Inc.

       Defendant
------------------------------------------------------------X

Case # 07 CV 9425(WCC)
Affidavit of Service of
Summons & Complaint

State of New York, County of Westchester ss: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in the State of New York. That on December 7, 2007 at 8:00 a.m. at 163 North Broadway, Yonkers, New York deponent served the within Summons & Complaint on Carlos Echebia

  by delivering a true copy of each to said defendant personally: deponent knew the person so served to be the person described as said defendant therein.

  by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's actual place of residence within the state.

X by affixing a true copy of each to the door of said premises, which is defendant's residence -usual place of abode-within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there December 5, 2007 at 7:30 p.m., December 6, 2007 at 1:50 p.m., December 7, 2007 at 8:00 a.m.

X On December 10, 2007 deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant, at defendant's last known residence at 163 North Broadway, Yonkers, New York and deposited said envelope in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State.

Description:

  I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary clothes and no military uniform. Upon information and belief I aver that the recipient is not in military service of New York State or of The United States of America as that term is defined in either State or Federal statutes.

               _____
               Martin Lichtig
               NYC License # 0965095

Sworn to before me on December 10, 2007

_____
Notary Public

STACEY M. RANCOURT
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RA6169561
Qualified in Putnam County
My Commission Expires June 25, 2011