United States District Court
Southern District of New York
-----------------------------------------------------------X         Case # 07 CV 9425(WCC)
Jorge Lopez                                                          Affidavit of Service of
       Plaintiff                  Summons & Complaint
  -against-

Carlos Echebia, Bhard Ghandi, Moises
Mejia and M & M's Renovations, Inc.
       Defendant
-----------------------------------------------------------X

State of New York, County of Westchester ss: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in the State of New York. That on November 6, 2007 at 1:00 p.m. at 40 Hillwood Place, Yonkers, New York 10705 deponent served the within Summons & Complaint on Bhard Ghandi

   by delivering a true copy of each to said defendant personally: deponent knew the person so served to be the person described as said defendant therein.

 X by delivering thereat a true copy of each to Titi "Doe" a person of suitable age and discretion. Said premises is defendant's actual place of residence within the state.

   by affixing a true copy of each to the door of said premises, which is defendant's residence -usual place of abode-within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

 X On November 9, 2007 deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant, at defendant's last known residence at 40 Hillwood Place, Yonkers, New York 10705 and deposited said envelope in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State.

Description: Female, brown skin, black hair, glasses, approximately 5', 5" height, 140 weight, age 45

 X I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary clothes and no military uniform. Upon information and belief I aver that the recipient is not in military service of New York State or of The United States of America as that term is defined in either State or Federal statutes.

                _____
                Martin Lichtig
                NYC License # 0965095

Sworn to before me on December 10, 2007

_____
Notary Public
STACEY M. RANCOURT
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RA6169561
Qualified in Putnam County
My Commission Expires June 25, 2011